IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Terra L. Page, | : | |
| Plaintiff | : | Civil Action 2:12-cv-205 |
| v. | : | Judge Marbley |
| Commissioner of Soc. Sec., | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Plaintiff's unopposed motion for an extension of time in which to file her Statement of Errors (Doc. 10) is **GRANTED**. Plaintiff shall have until **July 20, 2012** in which to file her Statement of Errors.

s/Mark R. Abel
United States Magistrate Judge